IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| Stephen M. Brandt, Jr. | : |
| | : |
| | :    Case No.: 17-14496 |
| | : |
| Debtor(s) | :    Chapter 13 |

CERTIFICATE OF NO RESPONSE

    I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Application for Compensation of Attorney Fees filed at Docket Number 18.

Dated: December 15, 2017        /s/ Brad J. Sadek, Esquire
                                            Brad J. Sadek, Esquire
                                            Sadek and Cooper
                                            "The Philadelphia Building"
                                            1315 Walnut Street, #502
                                            Philadelphia, PA 19107
                                            215-545-0008