## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | | |
|---|---|---|
| IN RE: Stephen M. Brandt,, Jr. | Debtor(s) | CHAPTER 13 |
| Ditech Financial LLC | Movant | |
| vs. | | NO. 17-14496-MDC |
| Stephen M. Brandt,, Jr. | Debtor(s) | |
| Brenda Brandt | Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller, Esq. | Trustee | |

## ORDER

AND NOW, this 21st day of December, 2017, upon failure of Debtor(s), Codebtor(s), and the Trustee to file an answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay and Codebtor Stay is granted, and the automatic stay of all proceedings, as provided under Section 362 Title 11 of the United States Code, as amended (the Bankruptcy Code), and the codebtor stay, as provided under Section 1301 of the Bankruptcy Code, are modified as to Movant with respect to the subject premises located at 1102 Edgely Rd, Bristol, PA 19007 ("Property"), to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.

*Magdeline D. Coleman*

United States Bankruptcy Judge

Stephen M. Brandt,, Jr.
123 Elderberry Drive
Levittown, PA 19054

Brenda Brandt
1102 Edgely Rd
Bristol, PA 19007

Brad J. Sadek
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

William C. Miller, Esq.
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532