Case 17-14496-mdc   Doc 36   Filed 02/16/18   Entered 02/16/18 17:40:13   Desc
Page 1 of 1

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-14496-MDC

STEPHEN  M BRANDT JR

123 ELDERBERRY DRIVE

LEVITTOWN, PA 19054

        Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

STEPHEN  M BRANDT JR

123 ELDERBERRY DRIVE

LEVITTOWN, PA 19054

Counsel for debtor(s), by electronic notice only.

BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

Date: 2/16/2018

/S/ William C. Miller

_____
William C. Miller, Esquire
Chapter 13 Standing Trustee