UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Stephen M. Brandt, Jr. | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 17-14496MDC |

## ORDER GRANTING DEBTOR'S MOTION TO RECONSIDER DISMISSAL ORDER AND REINSTATE BANKRUPTCY

AND NOW, this ___9th___ day of ___May___, 2018 upon consideration of the Motion of Stephen M. Brandt, Jr. to Reconsider Dismissal Order and Reinstate Bankruptcy, it is hereby:

ORDERED and DECREED that the Order dismissing Debtor's Chapter 13 Bankruptcy case is reconsidered, and said case is forthwith reinstated;

FURTHER ORDERED:

_____
Hon. Magdeline D. Coleman