United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-14496-mdc
Stephen M. Brandt, Jr.                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: Randi              Page 1 of 2              Date Rcvd: May 11, 2018
                             Form ID: pdf900          Total Noticed: 33
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2018.
```
db          +Stephen M. Brandt, Jr.,    123 Elderberry Drive,    Levittown, PA 19054-2703
cr          +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
13993867     American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13993852     American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
             Malvern  PA 19355-0701
13945516    +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
13971423     Bank Of America, N.A.,    Bank of America,    PO Box 31785,    Tampa, FL, 33631-3785
13945519    +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
13945520     Berkheimer Tax Innovations,    PO Box 25144,    Lehigh Valley, PA 18002-5144
13945521    +Brenda Brandt,    1102 Bromley Ets,    Clementon, NJ 08021-6422
13945523    +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
13945524    +Citibank North America,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
             Saint Louis, MO 63179-0040
13945525    +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
             Saint Louis, MO 63179-0040
13945527     Creditech,    PO Box 20330,    Lehigh Valley, PA 18002-0330
13959128     Daimler Trust,    c/o BK Servicing, LLC,    PO Box 131265,    Roseville, MN 55113-0011
13945529     Fst Premier,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
13945532    +Police And Fire Fede,    901 Arch St,    Philadelphia, PA 19107-2495
13956860    +Police and Fire Federal Credit Union,    901 Arch Street,    Phila., Pa. 19107-2495
14097426    +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
             Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov May 12 2018 02:10:20     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 12 2018 02:09:39
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 12 2018 02:09:58     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/PDF: gecsedi@recoverycorp.com May 12 2018 02:16:16     Synchrony Bank,
             c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13945528    +E-mail/Text: bankruptcy.bnc@ditech.com May 12 2018 02:09:06     Ditech,    Attn: Bankruptcy,
             Po Box 6172,    Rapid City, SD 57709-6172
13978601     E-mail/Text: bankruptcy.bnc@ditech.com May 12 2018 02:09:06
             Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
             Rapid City, South Dakota 57709-6154
13993776     E-mail/PDF: resurgentbknotifications@resurgent.com May 12 2018 02:16:17
             LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14014098     E-mail/PDF: resurgentbknotifications@resurgent.com May 12 2018 02:16:09
             LVNV Funding, LLC its successors and assigns as,    assignee of Capital One Bank (USA), N.A.,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13945530    +E-mail/Text: M74banko@daimler.com May 12 2018 02:10:35     Mercedes-Benz Financial,
             Po Box 685,    Roanole, TX 76262-0685
13945531    +E-mail/Text: bnc@nordstrom.com May 12 2018 02:09:02     Nordstrom Signature Visa,
             Colorado Service Center,    Po Box 6555,    Englewood, CO 80155-6555
13988321     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 12 2018 02:16:23
             Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13946206    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 12 2018 02:16:08
             PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13994044    +E-mail/Text: JCAP_BNC_Notices@jcap.com May 12 2018 02:09:52     Premier Bankcard, Llc,
             Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
13945533    +E-mail/Text: bkdepartment@rtresolutions.com May 12 2018 02:09:50     Real Time Resolutions,
             Attn: Bankruptcy,    Po Box 36655,    Dallas, TX 75235-1655
13945535    +E-mail/PDF: gecsedi@recoverycorp.com May 12 2018 02:16:23     Synchrony Bank/Walmart,
             Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
                                                                                             TOTAL: 15
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13945517*      +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
13945522*      +Brenda Brandt,    1102 Bromley Ets,    Clementon, NJ 08021-6422
13945526*      +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                Saint Louis, MO 63179-0040
13945518     ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
13945534     ##+Stellar Recovery Inc,    Attn: Bankruptcy,    4500 Salisbury Road Ste 105,
                Jackonville, FL 32216-8035
                                                                                  TOTALS: 0, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0313-2          User: Randi              Page 2 of 2                 Date Rcvd: May 11, 2018
                              Form ID: pdf900          Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2018 at the address(es) listed below:
```
              BRAD J. SADEK    on behalf of Debtor Stephen M. Brandt, Jr. brad@sadeklaw.com, bradsadek@gmail.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Bank Of America, N.A. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Stephen M. Brandt, Jr. | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 17-14496MDC |

### ORDER GRANTING DEBTOR'S MOTION TO RECONSIDER DISMISSAL ORDER AND REINSTATE BANKRUPTCY

AND NOW, this __9th__ day of __May__, 2018 upon consideration of the Motion of Stephen M. Brandt, Jr. to Reconsider Dismissal Order and Reinstate Bankruptcy, it is hereby:

ORDERED and DECREED that the Order dismissing Debtor's Chapter 13 Bankruptcy case is reconsidered, and said case is forthwith reinstated;

FURTHER ORDERED:

_Magdeline D. C_____
Hon. Magdeline D. Coleman