United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 17-14496-mdc
Stephen M. Brandt, Jr. | Chapter 13
    Debtor |

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3

Date Rcvd: Sep 14, 2022      Form ID: 138OBJ      Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Stephen M. Brandt, Jr., 123 Elderberry Drive, Levittown, PA 19054-2703 |
| 13945520 | | Berkheimer Tax Innovations, PO Box 25144, Lehigh Valley, PA 18002-5144 |
| 13945527 | | Creditech, PO Box 20330, Lehigh Valley, PA 18002-0330 |
| 13945528 | | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 13978601 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 13945532 | + | Police And Fire Fede, 901 Arch St, Philadelphia, PA 19107-2495 |
| 13956860 | + | Police and Fire Federal Credit Union, 901 Arch Street, Phila., Pa. 19107-2495 |
| 13945534 | + | Stellar Recovery Inc, Attn: Bankruptcy, 4500 Salisbury Road Ste 105, Jackonville, FL 32216-8035 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 14 2022 23:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 14 2022 23:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13993867 | | Email/PDF: bncnotices@becket-lee.com | Sep 14 2022 23:54:00 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13993852 | | Email/PDF: bncnotices@becket-lee.com | Sep 14 2022 23:54:00 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13945516 | + | Email/PDF: bncnotices@becket-lee.com | Sep 14 2022 23:43:43 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 13945518 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 14 2022 23:45:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 13971423 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 14 2022 23:45:00 | Bank Of America, N.A., Bank of America, PO Box 31785, Tampa, FL, 33631-3785 |
| 13945519 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 14 2022 23:45:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 13945523 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 14 2022 23:43:43 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 13945524 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 14 2022 23:54:06 | Citibank North America, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 13945525 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 14 2022 23:54:06 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 13959128 | | Email/Text: M74banko@mercedes-benz.com | Sep 14 2022 23:45:00 | Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 13945529 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 14 2022 23:53:59 | Fst Premier, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 13993776 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 14 2022 23:54:06 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14014098 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 14 2022 23:54:00 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13945530 | + | Email/Text: M74banko@mercedes-benz.com | Sep 14 2022 23:45:00 | Mercedes-Benz Financial, Po Box 685, Roanole, TX 76262-0685 |
| 13945531 | + | Email/Text: bnc@nordstrom.com | Sep 14 2022 23:45:11 | Nordstrom Signature Visa, Colorado Service Center, Po Box 6555, Englewood, CO 80155-6555 |
| 13988321 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 14 2022 23:43:51 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13946206 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 14 2022 23:54:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13994044 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 14 2022 23:45:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 13945533 | + | Email/Text: bkdepartment@rtresolutions.com | Sep 14 2022 23:45:00 | Real Time Resolutions, Attn: Bankruptcy, Po Box 36655, Dallas, TX 75235-1655 |
| 14097426 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 14 2022 23:45:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 13945535 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 14 2022 23:43:51 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13945517 | *+ | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 13945522 | *+ | Brenda Brandt, 1102 Bromley Ets, Clementon, NJ 08021-6422 |
| 13945526 | *+ | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 13945521 | ##+ | Brenda Brandt, 1102 Bromley Ets, Clementon, NJ 08021-6422 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 14, 2022 | Form ID: 138OBJ | Total Noticed: 31 |
| Date: Sep 16, 2022 | Signature:   /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Stephen M. Brandt  Jr. brad@sadeklaw.com, bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |
| THOMAS SONG | on behalf of Creditor Bank Of America  N.A. tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Stephen M. Brandt, Jr.
       Debtor(s)                                           Case No: 17−14496−mdc
                                                                                   Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                               900 Market Street
                                    Suite 400
                             Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/14/22